1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: kimberly.briggs@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,            )   No. CR 08-70382 WDB
                                          )
14 |       Plaintiff,                     )
                                          )   NOTICE OF SUBSTITUTION OF
15 |    v.                                )   ATTORNEY
       LEOBREDO GARCIA-RODRIGUEZ,         )
16 |   MARIA CHRISTINA RAMIREZ-           )
       GARCIA, JUAN CARLOS                )
17 |   SANDOVAL-MACIAS,                   )
                                          )
18 |       Defendants.                    )
                                          )

19

20 | Please take notice that as of June 26, 2008, the Assistant United States Attorney

21 | whose name, address, telephone number and e-mail address listed below is assigned to be

22 | counsel for the government.

23 | KIMBERLY M. BRIGGS
Assistant United States Attorney

24 | 1301 Clay Street; Suite 340S
Oakland, California 94612

25 | Phone: 510/637-3680
Fax: 510/637-3724

26 | E-mail: kimberly.briggs@usdoj.gov

27 | The Clerk is requested to change the docket sheet and other court records so as to

28 | reflect that all orders and communications from the court will in the future be directed to

SUBSTITUTION OF ATTORNEY

1  AUSA Kimberly M. Briggs at the above mailing address, telephone number, facsimile
2  number and e-mail address.
3
4
   DATED: June 26, 2008                Respectfully submitted,
5
                                       JOSEPH P. RUSSONIELLO
6                                      United States Attorney
7
8                                        /s/
                                       KIMBERLY M. BRIGGS
9                                      Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY