rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 10 min. | | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Simone Voltz | | REPORTER/FTR<br>10:01-10:11 | | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | | DATE<br>June 26, 2008 | | NEW CASE<br>☐ | | CASE NUMBER<br>4-08-70384 WDB |

### APPEARANCES

| DEFENDANT<br>Juan Carlos Sandoval-Marcias | AGE<br>34 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Metthews | | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY | | INTERPRETER<br>Carol Rhine-Medina (Spanish) | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Josh Libby | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ | INITIAL APPEAR<br>8 min. | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | I.D. COUNSEL<br>2 min. | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

FILED JUN 26 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ | ADVISED<br>OF RIGHTS | ☒ | ADVISED<br>OF CHARGES | ☒ | NAME AS CHARGED<br>IS TRUE NAME | ☐ | TRUE NAMES |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON<br>INFORMATION | ☐ | ARRAIGNED ON<br>INDICTMENT | ☐ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED<br>ON O/R | ☐ | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ | MOTION<br>FOR<br>DETENTION | ☐ | PRETRIAL<br>SERVICES<br>REPORT | ☐ | DETAINED | ☐ | RELEASED | ☒ | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ | REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | |
|---|---|

### PLEA

| ☐ | CONSENT<br>ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE<br>REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/10/08 | ☐ | ATTY APPT<br>HEARING | ☐ | BOND<br>HEARING | ☐ | STATUS RE:<br>CONSENT | ☐ | STATUS /<br>TRIAL SET |
|---|---|---|---|---|---|---|---|---|
| AT:<br>9:30AM | ☐ | SUBMIT FINAN.<br>AFFIDAVIT | ☒ | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ | CHANGE OF<br>PLEA | ☐ | OTHER |
| BEFORE HON.<br>MEJ | ☐ | DETENTION<br>HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ | IDENTITY /<br>REMOVAL<br>HEARING | ☐ | PRETRIAL<br>CONFERENCE | ☐ | PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Defendant has an INS Hold.

cc: BZ, MEJ, WDB, Pretrial

DOCUMENT NUMBER: