1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA  94612
       Telephone: (510) 637-3680
7      E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND BRANCH

12
   UNITED STATES OF AMERICA,            )   No. CR 08-70384 WDB
13                                      )
                                        )
14             Plaintiff,               )
                                        )   STIPULATION AND [PROPOSED]
15       v.                             )   ORDER TO CONTINUE PRELIMINARY
                                        )   HEARING FROM JULY 10, 2008 TO
16 LEOBREDO GARCIA-RODRIGUEZ,           )   AUGUST 7, 2008
   MARIA CHRISTINA RAMIREZ-GARCIA,      )
17 and JUAN CARLOS SANDOVAL-MACIAS,     )
                                        )
18             Defendants.              )
                                        )
19 _____)

20       It is hereby stipulated, by and between the parties that the preliminary hearing set for July

21 10, 2008 be vacated and that the matter be set for arraignment on August 7, 2008 at 10:00 am

22 before U.S. Magistrate Judge Wayne D. Brazil.

23       Such continuance is required for effective preparation of the case.  The government has

24 not received discovery or lab results yet, and as a result, no discovery has been provided to the

25 defense.  This continuance is allowed under Title 18, U.S.C. 3161(h)(8) and (A)&(B)(iv) to allow

26 for the reasonable time necessary for effective preparation of the case.

1  As such, the parties respectfully request that the preliminary hearing for July 10, 2008 be
2  vacated and the matter be continued to August 7, 2008 at 10:00 am before U.S. Magistrate Judge
3  Wayne D. Brazil.

5  DATED:  July 9, 2008                    Respectfully submitted,

7                    /s/
   KIMBERLY M. BRIGGS
   Assistant United States Attorney

9  DATED: July 9, 2008                    /s/
   RANDY MONTESANO
10  Attorney for Leobredo Garcia-Rodriguez

12  DATED: July 9, 2008                    /s/
   MARK ROSENBUSH
   Attorney for Maria Christina Ramirez-Garcia

14  DATED: July 9, 2008                    /s/
   COLLEEN MARTIN
15  Attorney for Juan Carlos Sandoval-Macias

17  Based on the reason provided in the stipulation of the parties above, the Court hereby
18  FINDS that for adequate preparation of the case by all parties - specifically, to allow the
19  government to produce discovery to defense.   Based on these findings,
20  IT IS HEREBY ORDERED THAT the preliminary hearing currently scheduled for July
21  10, 2008 shall be vacated, and the matter shall be continued to August 7, 2008 at 10:00 a.m
22  before U.S. Magistrate Judge Wayne D. Brazil.
23  **IT IS SO ORDERED.**

25  DATED: July ___, 2008
   MARIA ELENA JAMES
26  United States Magistrate Judge