JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CASBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    E-mail: kimberly.briggs@usdoj.gov

Attorneys for the Plaintiff

**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEOBREDO GARCIA-RODRIGUEZ, MARIA CHRISTINA RAMIREZ-GARCIA, and JUAN CARLOS SANDOVAL-MACIAS, <br><br> Defendants. | No. CR 08-70384 WDB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING FROM JULY 10, 2008 TO AUGUST 7, 2008 |

    It is hereby stipulated, by and between the parties that the preliminary hearing set for July 10, 2008 be vacated and that the matter be set for arraignment on August 7, 2008 at 10:00 am before U.S. Magistrate Judge Wayne D. Brazil.

    Such continuance is required for effective preparation of the case. The government has not received discovery or lab results yet, and as a result, no discovery has been provided to the defense. This continuance is allowed under Title 18, U.S.C. 3161(h)(8) and (A)&(B)(iv) to allow for the reasonable time necessary for effective preparation of the case.

As such, the parties respectfully request that the preliminary hearing for July 10, 2008 be vacated and the matter be continued to August 7, 2008 at 10:00 am before U.S. Magistrate Judge Wayne D. Brazil.

DATED: July 9, 2008           Respectfully submitted,

                              /s/
                              KIMBERLY M. BRIGGS
                              Assistant United States Attorney

DATED: July 9, 2008           /s/
                              RANDY MONTESANO
                              Attorney for Leobredo Garcia-Rodriguez

DATED: July 9, 2008           /s/
                              MARK ROSENBUSH
                              Attorney for Maria Christina Ramirez-Garcia

DATED: July 9, 2008           /s/
                              COLLEEN MARTIN
                              Attorney for Juan Carlos Sandoval-Macias

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties - specifically, to allow the government to produce discovery to defense. Based on these findings,

IT IS HEREBY ORDERED THAT the preliminary hearing currently scheduled for July 10, 2008 shall be vacated, and the matter shall be continued to August 7, 2008 at 10:00 a.m before U.S. Magistrate Judge Wayne D. Brazil.

**IT IS SO ORDERED.**

DATED: July 7, 2008

                              MARIA ELENA JAMES
                              United States Magistrate Judge