BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JUAN SANDOVAL-MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEOBREDO GARCIA-RODRIGUEZ,<br>MARIA CHRISTINA RAMIREZ-GARCIA,<br>JUAN SANDOVAL-MACIAS,<br><br>Defendants. | No. 4-08-70384<br><br>**[PROPOSED] ORDER DIRECTING THE GLENN DYER FACILITY AND SANTA RITA COUNTY JAIL TO PERMIT COUNSEL FOR JUAN SANDOVAL-MACIAS, LEOBREDO GARCIA-RODRIGUEZ, AND MARIA CHRISTINA RAMIREZ-GARCIA TO BRING A LAPTOP COMPUTER OR CD/MP3 PLAYER INTO THEIR FACILITIES** |

GOOD CAUSE APPEARING, upon request of the defendants, by and through counsel, IT IS HEREBY ORDERED that Glenn Dyer Facility and Santa Rita County Jail shall permit the counsel for JUAN SANDOVAL-MACIAS, LEOBREDO GARCIA-RODRIGUEZ, and MARIA CHRISTINA RAMIREZ-GARCIA to each bring a laptop computer or CD/MP3 player into their facilities to allow counsel and the defendants to listen to recordings produced by the government in discovery. Any CD/MP3 player shall not have a radio and shall not have metal earphones.

//

//

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia, Sandoval-Macias*
4-08-70384
[PROPOSED] ORDER                                        1

1    IT IS FURTHER ORDERED that the recordings are subject to a protective order and that
2 the defendants shall listen to the recordings only in the presence of their counsel. The defendants
3 shall not be provided with a copy of the recorded discovery.
4    IT IS SO ORDERED.

6 DATE: August ___, 2008

    _____
7                                    WAYNE D. BRAZIL
                                     United States Magistrate Judge

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,*
*Sandoval-Macias*
4-08-70384
[PROPOSED] ORDER                                    2