1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JUAN SANDOVAL-MACIAS
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. 4-08-70384 WDB
                                          )
12 |              Plaintiff,              )   **ORDER DIRECTING THE GLENN**
                                          )   **DYER FACILITY AND SANTA RITA**
13 | vs.                                  )   **COUNTY JAIL TO PERMIT COUNSEL**
                                          )   **FOR JUAN SANDOVAL-MACIAS,**
14 | LEOBREDO GARCIA-RODRIGUEZ,           )   **LEOBREDO GARCIA-RODRIGUEZ,**
     MARIA CHRISTINA RAMIREZ-GARCIA,     )   **AND MARIA CHRISTINA RAMIREZ-**
15 | JUAN SANDOVAL-MACIAS,                )   **GARCIA TO BRING A LAPTOP**
                                          )   **COMPUTER OR CD/MP3 PLAYER**
16 |              Defendants.             )   **INTO THEIR FACILITIES**
     _____ )
17
        GOOD CAUSE APPEARING, upon request of the defendants, by and through counsel,
18
   IT IS HEREBY ORDERED that Glenn Dyer Facility and Santa Rita County Jail shall permit the
19
   counsel for JUAN SANDOVAL-MACIAS, LEOBREDO GARCIA-RODRIGUEZ, and MARIA
20
   CHRISTINA RAMIREZ-GARCIA to each bring a laptop computer or CD/MP3 player into their
21
   facilities to allow counsel and the defendants to listen to recordings produced by the government
22
   in discovery. Any CD/MP3 player shall not have a radio and shall not have metal earphones.
23
   //
24
   //
25

26 *U.S. v. Garcia-Rodriguez, Ramirez-Garcia,*
   *Sandoval-Macias*
   4-08-70384
   ORDER                                    1

1    IT IS FURTHER ORDERED that the recordings are subject to a protective order and that
2 the defendants shall listen to the recordings only in the presence of their counsel. The
3 defendants shall not be provided with a copy of the recorded discovery.
4    IT IS SO ORDERED.

5

6  DATE: August 12, 2008

7                                                                 _____
                                                                   WAYNE D. BRAZIL
                                                                   United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  *U.S. v. Garcia-Rodriguez, Ramirez-Garcia, Sandoval-Macias*
    4-08-70384
    ORDER                                                             2